**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7332**

MARK TIBBS,

           Plaintiff - Appellant,

     v.

GREGG HERSHBERGER, Warden; LIEUTENANT DICKENS; J. MICHAEL
STOUFFER, Commissioner; SCOTT OAKLEY, Exec. Dir.; WILLIAM E.
MAYCOCK; GARY MAYNARD, Sec'y; KATHLEEN GREEN, Warden;
RANDALL WATSON, Director for Programs and Services; CAPTAIN
WALTER HOLMES,

           Defendants – Appellees,

     and

DANIEL M. LONG, Judge,

           Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. James K. Bredar, District Judge.
(1:13-cv-02340-JKB)

Submitted: January 15, 2015      Decided: January 21, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Tibbs, Appellant Pro Se. Dorianne Avery Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Tibbs appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Tibbs v. Hershberger</u>, No. 1:13-cv-02340-JKB (D. Md. filed Aug. 8, 2014; entered Aug. 11, 2014). Tibbs' motion for injunctive relief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>